S. S. KEEN, EMELY S. KEEN, EULA N. KEEN, MERIBA FUR-
GESON AND THOMAS FURGESON, *Appellants,* v. FIRST NA-
TIONAL BANK OF LAKE CITY, A CORPORATION, *Appellee.*

Decision Filed November 22, 1919.

An Appeal from a Decree of the Circuit Court within
and for the County of Columbia; M. F. Horne, Judge.

*R. T. Boozer,* for Appellants;

*G. O. Palmer,* for Appellee.

PER CURIAM.—This cause having been submitted to the
Court at a former term thereof upon the transcript of the
record of the decree aforesaid, and argument of counsel
for the respective parties, and the record having been seen
and inspected, and the Court being now advised of its
judgment to be given in the premises, it seems to the Court
that there is no error in the said decree; it is, therefore,
considered, ordered and adjudged by the Court that the
said decree of the Circuit Court be, and the same is here-
by, affirmed.

All concur.